1  DAVID A. HUBBERT
   Deputy Assistant Attorney General
2
3  CHARLES M. DUFFY
   Trial Attorney, Tax Division
4  U.S. Department of Justice
   P.O. Box 683
5  Ben Franklin Station
   Washington, D.C. 20044-0683
6  Telephone: (202) 307-6406
7  Facsimile: (202) 307-0054
   charles.m.duffy@usdoj.gov
8  *Counsel for the United States of America*

9  JASON M. FRIERSON
   United States Attorney
10 *Of Counsel*

11                    **UNITED STATES DISTRICT COURT**

12                        **DISTRICT OF NEVADA**

13

14  UNITED STATES OF AMERICA,              CIVIL No. 2:21-CV-02187-JCM-EJY

15                                         STIPULATION REQUESTING DISMISSAL
                   Plaintiff,              OF CASE WITH PREJUDICE
16
17         v.

18  MARK J. ROWLAND and CHRISTIANE E.
    ROWLAND,
19
20                 Defendants.

21         THE UNITED STATES OF AMERICA, the plaintiff in this case, and Mark J. Rowland

22  and Christiane E. Rowland, the defendants, hereby stipulate and agree as follows:

23         1.      The Court entered an Order on June 8, 2022 (ECF #7) that indicated among other

24  things that a settlement, which contemplated a future settlement payment from the Defendants,

25  had been reached by the parties.

26

27

28

15993880.1

2.     The Court's June 8, 2022 Order also directed that judgments were to be entered on the first and second claims of the Complaint in favor of the United States. *See* ECF #7, at ¶¶ 1 and 2. However, based on a review of the Court's docket, such judgments were not entered.

3.     The defendants have made the subject settlement payment.  Based on that fact and based on the fact that judgments have not yet been entered, the parties hereby stipulate and agree that this case should be dismissed with prejudice, with each side to bear its own costs and attorney's fees.

Stipulated and agreed to by:

DAVID A. HUBBERT
Deputy Assistant Attorney General

11/29/2022                              /s/ Charles M. Duffy
Date                                    **CHARLES M. DUFFY**
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Washington, D.C.  20044
                                        Telephone:  (202) 307-6406
                                        charles.m.duffy@usdoj.gov
                                        *Attorneys for the United States of America*

11/28/2022
Date                                    **MARK J. ROWLAND, *Pro se***
                                        (Defendant)
                                        3155 Bel Air Drive
                                        Las Vegas, Nevada 89109
                                        Telephone:  (702) 466-8406
                                        veryvegas@yahoo.com

11/28/2022
Date                                    **CHRISTIANE E. ROWLAND, *Pro se***
                                        (Defendant)
                                        3155 Bel Air Drive
                                        Las Vegas, Nevada 89109
                                        Telephone:   (702) 466-8461
                                        lvpugs@yahoo.com

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED THAT the service of the foregoing was made by e-mailing a

copy of the same on November 29, 2022 and also by mailing a copy on that date by first-

class mail postage prepaid, to the following:

Mark J. Rowland
Christiane Rowland
3155 Bel Air Drive
La Vegas, Nevada 89109

/s/ Charles M. Duffy
CHARLES M. DUFFY
Trial Attorney
United States Department of Justice
Tax Division

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                             DISTRICT OF NEVADA
10
11   UNITED STATES OF AMERICA,                    CIVIL No. 2:21-CV-02187-JCM-EJY
12                                                 ORDER DISMISSING THE CASE WITH
              Plaintiff,                           PREJUDICE
13
        v.
14
     MARK J. ROWLAND and CHRISTIANE E.
15   ROWLAND,
16
              Defendants.
17
18        BASED ON THE Stipulation filed by the parties requesting dismissal of the case and
19   good cause appearing therefore, this case is hereby dismissed with prejudice, with each side to
20   bear its own costs and attorney's fees.
21
22        IT IS SO ORDERED,
23
24
     December 2, 2022
25   Date                                 JAMES C. MAHAN
                                          Senior U.S. District Judge
26
27
28

                                               1

15993880 1